FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 DEC 20 AM 11:40

CLERK C Asbell
_____ OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LOREN D. HALL, SR., | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-30 |
| | * | |
| v. | * | |
| | * | |
| WARDEN ADAMS, et al., | * | |
| | * | |
| Respondents. | * | |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 23. Petitioner Loren Hall ("Hall") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondents' unopposed Motions to Dismiss, **DISMISSES** Hall's Petition as untimely, and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal. The Court also **DENIES** Hall *in forma pauperis*

status on appeal and a Certificate of Appealability.

**SO ORDERED**, this ___20___ day of ___December___, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

2